UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY WRAGG,<br><br>  Plaintiff,<br><br>vs.<br><br>SAGE CLIENT 208, LLC,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-2774 -TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendant's motion to dismiss and Final Report and Recommendation, and the court having granted said motion and Approved and Adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 30th day of March, 2022.

                                                              KEVIN P. WEIMER
                                                              CLERK OF COURT

                                        By:   s/J. Arnold
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 30, 2022
Kevin P. Weimer
Clerk of Court

By:   s/J. Arnold
        Deputy Clerk